UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 07-273 |
| TROY LEE MOORE | SECTION: "B"(5) |

### CERTIFICATE OF APPEALABILITY

Having separately issued a final order denying Petitioner's 28 U.S.C. § 2255 Motion, in which the detention complained of arises out of process issued by a federal court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

\_\_X\_\_   a certificate of appealability shall not be issued for the following reason(s):

No substantial showing of denial of a constitutional right. See Order & Reasons, denying §2255 relief.

New Orleans, Louisiana, this 11th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE